IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PRENTIS RUPERT**                                                        **PLAINTIFF**

V.                      **CASE NO. 3:15-CV-22 BSM/BD**

**LARRY MILLS**
**and SUSAN COX**                                             **DEFENDANTS**

## ORDER

Prentis Rupert, an inmate at the Poinsett County Detention Center, filed this lawsuit pro se under 42 U.S.C. § 1983.  (Docket entry #2)  He claims that he has been unconstitutionally held on "lock down" status for over eight months; that he has been denied access to the law library; and that he has been denied adequate medical care.  For screening purposes, Mr. Rupert has stated constitutional claims against each of the named Defendants, and service is proper.

The Clerk of the Court is instructed to prepare a summons for each of the named Defendants.  The United States Marshal is directed to serve copies of the Complaint, with any attachments (docket entry #2), and a summons for these Defendants without requiring prepayment of fees and costs or security.  Service for the Defendants should be through the Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas 72432.

IT IS SO ORDERED this 26th day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE