**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PRENTIS RUPERT**                                                                            **PLAINTIFF**

v.                                     **CASE NO. 3:15CV00022 BSM**

**LARRY MILLS**
**and SUSAN COX**                                                                             **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") filed by United States Magistrate Judge Beth Deere and plaintiff Prentis Rupert's objections thereto have been reviewed. After a careful consideration of these documents, and a *de novo* review of the record, the PRD is hereby approved and adopted in all respects.

Defendants' motion for partial judgment on the pleadings [Doc. No. 11] is granted in part and denied in part. Accordingly:

1   Rupert's claims regarding the denial of access to the law library, the detention center's lock-down policy, and the opportunity to participate in yard call are dismissed without prejudice.

2   Rupert may proceed on his due process claim, and on his claims that defendants provided him inadequate hepatitis-C and dental treatment.

IT IS SO ORDERED this 12th day of May 2015.

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE