## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**PRENTIS RUPERT**
**ADC #140061**                                                                    **PLAINTIFF**

**V.**                          **CASE NO. 3:15-CV-00022 BSM/BD**

**LARRY MILLS, et al.**                                                            **DEFENDANTS**

### ORDER

Plaintiff Prentis Rupert filed an amended complaint in this case, adding three

Defendants: Arkansas Department of Correction ("ADC") Director Wendy Kelley, ADC

Director for Health and Corrective Services Rory L. Griffin, and ADC Health

Administrator Ms. Redick-Young.  (Docket entry #38)  Service is appropriate for these

Defendants.

The Clerk of Court is directed to prepare summonses for Defendants Kelley,

Griffin, and Redick-Young.  The United States Marshal is directed to serve copies of the

Complaint, with any attachments (#2, #38), and summonses for these Defendants without

requiring prepayment of fees and costs or security.  Service for Defendants Griffin and

Redick-Young should be through counsel for Correct Care Solutions, Humphries, Odum

& Eubanks, P. O. Box 20670, White Hall, Arkansas, 72612.  Service for Defendant Kelley

should be through the Arkansas Department of Correction Compliance Division, P.O. Box

20550, Pine Bluff, Arkansas  71612.

Dated this 24th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE