# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**PRENTIS RUPERT**  **PLAINTIFF**
**ADC # 140061**

v.   CASE NO. 3:15CV00022 BSM

**LARRY MILLS et al.**  **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge Beth Deere and plaintiff Prentis Rupert's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the PRD is hereby adopted in all respects.

IT IS THEREFORE ORDERED that defendant Redic-Young's motion [Doc. No. 52] is granted and Rupert's claims against her are dismissed without prejudice.

IT IS SO ORDERED this 3rd day of November 2015.

_____
UNITED STATES DISTRICT JUDGE