**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PRENTIS RUPERT**                                                                                      **PLAINTIFF**
**ADC # 140061**

**V.**                            **CASE NO. 3:15-CV-00022 BSM/BD**

**LARRY MILLS, et al.**                                                                                **DEFENDANTS**

## ORDER

Judge Miller has denied summary judgment as to Mr. Rupert's deliberate-indifference claim against Defendant Cox (regarding hepatitis-C treatment) and his due process claim against Defendant Mills.  (Docket entry #62)  Accordingly, a bench trial setting before Judge Miller is now in order.  The undersigned will continue to handle pretrial matters until three weeks prior to trial, or as requested by Judge Miller.

DATED this 20th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE