**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PRENTIS RUPERT**                                                                                          **PLAINTIFF**
**ADC # 140061**

V.                                    CASE NO. 3:15-CV-22 BSM/BD

**LARRY MILLS, et al.**                                                                                **DEFENDANTS**

## ORDER

Plaintiff Prentis Rupert, who is proceeding *pro se* in this § 1983 action, has filed a motion for appointed counsel. (Docket entry #64) Appointment of counsel for Mr. Rupert is now appropriate because Chief Judge Brian S. Miller has set the case for trial on Mr. Rupert's deliberate-indifference claim against Defendant Cox and his due process claim against Defendant Mills. Accordingly, his motion (#64) is GRANTED.

In conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, Lee J. Muldrow, Wright, Lindsey & Jennings, 200 West Capitol Avenue, Suite 2300, Little Rock, Arkansas 72201, 501-371-0808, is hereby appointed to represent Mr. Rupert.

The Clerk of Court is directed to send Mr. Muldrow a copy of this Order and Local Rule 83.7. Counsel may access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, he should contact court staff at 501-604-5114, and a copy of the file, or any portion of the file, will be provided via compact disc free of charge. Under Local Rule 83.7, counsel must make written application to withdraw within

twenty-one (21) days of the date of this order, if there is cause to withdraw; otherwise, the appointment will be effective.

IT IS SO ORDERED this 16th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE