## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**PRENTIS RUPERT**                                                                    **PLAINTIFF**

**v.**                          **CASE NO. 3:15-CV-00022 BSM**

**LARRY MILLS and**
**SUSAN COX**                                                                          **DEFENDANTS**

### JUDGMENT

Pursuant to the verdict entered today;

IT IS ORDERED that, on plaintiff Prentis Rupert's due process claim against defendant Larry Mills, in his official capacity, judgment is rendered for Rupert and Rupert shall recover from Poinsett County, Arkansas damages in the amount of Five Thousand, Seven Hundred, Fifty dollars ($5750). Rupert shall have fourteen (14) days in which to file his motion for costs and Larry Mills, in his official capacity, shall have seven (7) days to respond;

IT IS ORDERED that, on Rupert's due process claim against Mills, in his individual capacity, judgment is rendered for Mills and Rupert's claim is dismissed with prejudice; and

IT IS ORDERED that, on Rupert's deliberate indifference claim against defendant Susan Cox, judgment is rendered for Cox and Rupert's claim is dismissed with prejudice.

DATED this 2nd  day of September 2016.

_____
UNITED STATES DISTRICT JUDGE