**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PRENTIS RUPERT**                                                                                   **PLAINTIFF**

v.                                   **CASE NO. 3:15-CV-00022 BSM**

**LARRY MILLS and**
**SUSAN COX**                                                                                        **DEFENDANTS**

## ORDER

Plaintiff Prentis Rupert's unopposed motion for attorney fees and costs [Doc. No. 81] is granted. Accordingly, defendant Larry Mills, in his official capacity, is ordered to pay Rupert's attorney fees in the amount of $8,625 and his litigations costs in the amount of $861.56.

IT IS SO ORDERED this 20th day of September 2016.

_____
UNITED STATES DISTRICT JUDGE